THE PEOPLE OF THE STATE OF NEW YORK ex rel. CLARENCE E. KOONTZ, Appellant, v. THOMAS S. CHESHIRE, Clerk of the County of Nassau and Registrar of Said County, Respondent.— Order denying relator's application to withdraw relator's property from registration reversed upon the law and the facts, and application granted, without costs. We are of opinion that relator made out a case for withdrawal under Real Property Law, section 404.* The memorials or notations upon the certificate of registration are not of transfers of title or liens upon the property. (See *People ex rel. Beckford* v. *Cheshire*, Special Term, Lewis, J., N. Y. L. J. July 13, 1926.) Kelly, P. J., Young, Kapper, Lazansky and Hagarty, JJ., concur.

REVILLON FRERES, Suing in Behalf of Itself and All Other Creditors of RUDOLPH REICHELT, INC., and WHITNEY N. SEYMOUR, Trustee in Bankruptcy of the Estate of RUDOLPH REICHELT, INC., Respondents, v. RUDOLPH REICHELT, Defendant. MARTHA REICHELT, Appellant.— Order denying motion of defendant Martha Reichelt to dismiss the first cause of action, order denying her motion to strike out certain portions of the complaint, and order denying her motion to dismiss the second cause of action affirmed, with ten dollars costs and disbursements. No opinion. Kelly, P. J., Young, Kapper, Lazansky and Hagarty, JJ., concur.

REVILLON FRERES, Suing in Behalf of Itself and All Other Creditors of RUDOLPH REICHELT, INC., and WHITNEY N. SEYMOUR, Trustee in Bankruptcy of the Estate of RUDOLPH REICHELT, INC., Respondents, v. RUDOLPH REICHELT, Appellant. MARTHA REICHELT, Defendant.— Order denying motion of defendant Rudolph Reichelt to strike out certain portions of the complaint, and order denying motion of the same defendant to dismiss the second cause of action, affirmed, with ten dollars costs and disbursements. No opinion. Kelly, P. J., Young, Kapper, Lazansky and Hagarty, JJ., concur.

JEREMIAH ROBBINS, Respondent, v. HERBERT J. LUX, Appellant.— Judgment and order denying motion for a new trial unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Young, Kapper, Lazansky and Hagarty, JJ.

ADOLPH J. RUBINOWITZ, Respondent, v. RAE HARKAVY, Appellant.— Order of the County Court of Kings county, granting plaintiff's motion for summary judgment, and judgment entered thereon, unanimously affirmed, with ten dollars costs and disbursements. No opinion. Present — Kelly, P. J., Young, Kapper, Lazansky and Hagarty, JJ.

ADA SWARTZ, Respondent, v. THE VILLAGE OF FREEPORT, Appellant.— Order denying motion to make complaint more definite and certain affirmed, with ten dollars costs and disbursements. No opinion. Kelly, P. J., Young, Kapper, Lazansky and Hagarty, JJ., concur.